William Andrew Allen
01637192 CT Terrell Unit
1300 FM 655
Rosharon Texas 77583

79,356-13, 23
Clerk Abel Acosta-
Court of Criminal Appeal
Po Box 12308 Capitol Station
Austin Texas 78711

To The Honorable Clerk of said Court

Comes Know William Andrew Allen   I am In need
of Post Card Receipt.  12/12/2013.
Allen, William Andrew  Trial Court Cause 08-09-12976-
08-09-12986   WR-79,356-13. -WR-79-356-23.
On This day, The Supplement clerks Record, In Response
To The order Issued  by This Court. has Been
Received And presented To The Court.  Mailing Date
Dec 16 2013.

Also I need The Asnwer from The Honorable Court
on These Same Cause Numbers As I Never
Did Recieve An Asnwer To These writs

Respectfully

William Andrew Allen

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 08 2015

Abel Acosta, Clerk

September 1 2015